𝕽𝖎𝖈𝖍𝖒𝖔𝖓𝖉

EPPERSON ˙V. COOK.

January 27, 1915.

Absent, Keith, P.

Error to Corporation Court of the city of Danville.

*Affirmed by divided court.*

*R. E. Scott* and *B. H. Custer,* for the plaintiff in error.

*E. W. Brown,* for the defendant in error.